IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANISSA McMICHAEL and**                                                          **PLAINTIFFS**
**QUINTERRICA GUY**

vs.                                            No. 4:20-cv-755-LPR

**DIGESTIVE CARE, PA, ARKANSAS**                                                  **DEFENDANTS**
**SURGERY AND ENDOSCOPY CENTER,**
**LLC, and SYED A. SAMAD**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs Anissa McMichael and Quinterrica Guy, and Defendants Digestive Care, PA, Arkansas Surgery and Endoscopy Center, LLC, and Syed A. Samad, by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, hereby state as follows:

1. Anissa McMichael brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2. Quinterrica Guy submitted a Consent to Join on October 8, 2020, becoming a party-plaintiff in this lawsuit.

3. After arms-length negotiations in which Plaintiffs and Defendants were represented by counsel, Plaintiffs and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 2
Anissa McMichael, et al. v. Digestive Care, PA, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-755-LPR
Joint Stipulation of Dismissal with Prejudice

4. The parties wish for their settlement agreement to remain private and do not wish for any reasonableness review of their settlement to occur.

5. The Court has not certified a collective action class, nor does the parties' agreement purport to resolve any claims on behalf of any class.

6. The parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

**PLAINTIFFS ANISSA McMICHAEL and QUINTERRICA GUY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DIGESTIVE CARE, PA, ARKANSAS SURGERY AND ENDOSCOPY CENTER, LLC and SYED A. SAMAD, DEFENDANTS**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

/s/ Michael S. Moore
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

Page 2 of 2
Anissa McMichael, et al. v. Digestive Care, PA, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-755-LPR
Joint Stipulation of Dismissal with Prejudice